ACCEPTED
01-15-00758-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 4:52:38 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00758-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/3/2015 4:52:38 PM

CHRISTOPHER A. PRINE
Clerk

_____

In Re Advanced Powder Solutions, Inc.

*Relator,*

_____

Original Proceeding from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2014-16020
The Honorable Kyle Carter, Presiding

_____

## MOTION FOR TEMPORARY RELIEF

_____

Donald M. Hudgins (10149000)
dhudgins@hudgins-law.com
Michael D. Hudgins (00787731)
mhudgins@hudgins-law.com
Steven F. Hudgins (00793993)
shudgins@hudgins-law.com
Nicole James Petrelli (24035568)
npetrelli@hudgins-law.com
THE HUDGINS LAW FIRM, P.C.
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone (713) 623-2550
Facsimile   (713) 623-2793

**COUNSEL FOR RELATOR
ADVANCED POWDER SOLUTIONS, INC.**

TEMPORARY RELIEF AND ORAL ARGUMENT REQUESTED

No. 01-15-00758-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS
_____

In Re Advanced Powder Solutions, Inc.

*Relator,*

_____

Original Proceeding from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2014-16020
The Honorable Kyle Carter, Presiding
_____

MOTION FOR TEMPORARY RELIEF
_____

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Relator/Movant, Advanced Powder Solutions, Inc., files this Motion for Temporary

Relief, and in support shows as follows:

**A.**
**SUMMARY OF RELIEF REQUESTED**

This is Relator's Motion for Temporary Relief following the trial court's order dated

July 17, 2015, denying its motion for physical exam (MR 190); more specifically, this

motion seeks a temporary stay of the trial and removal of this case from its current trial

setting.

**B.**
**PROCEDURAL BACKGROUND**

1.      This case is currently set for trial on October 19, 2015.

2.      Relator's motion for exam was originally filed on May 7, 2015.  (MR 67).

3.      The briefing associated with Relator's motion for exam including Plaintiffs' response and Relator's reply, was completed on June 19, 2015.  (MR 67- 189)

4.      The trial court denied Relator's Motion for Exam on July 17, 2015.  (MR 190).

**C.**
**BASIS FOR TEMPORARY RELIEF**

5.      Pursuant to Texas Rule of Appellate Procedure 52.10(a), Relator/Movant seeks a stay of the trial and removal of this case from its current trial setting.

6.      Temporary relief is necessary so Relator/Movant is afforded the opportunity to examine the physical condition of the Plaintiff and prepare a viable defense prior to the trial on the merits.

**D.**
**CONCLUSION AND PRAYER**

For these reasons, Relator/Movant requests this Court immediately grant this motion for temporary relief staying the trial and an order that this case be removed from its current trial setting, and to grant it such further relief, either at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

**THE HUDGINS LAW FIRM**
**A PROFESSIONAL CORPORATION**

By:  /s/ Michael D. Hudgins
Donald M. Hudgins (10149000)
dhudgins@hudgins-law.com
Michael D. Hudgins (00787731)
mhudgins@hudgins-law.com
Steven F. Hudgins (00793993)
shudgins@hudgins-law.com
Nicole James Petrelli (24035568)
npetrelli@hudgins-law.com
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone (713) 623-2550
Facsimile   (713) 623-2793

**COUNSEL FOR RELATOR/MOVANT**

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 52.10(a) of the Texas Rules of Civil Procedure, counsel for Relator/Movant, Steven Hudgins, contacted counsel for Plaintiffs, the real parties in interest, and advised counsel for the real parties in interest of the filing of this motion for temporary relief and the petition for mandamus.  Counsel for Plaintiffs advised they were opposed to this motion.

/s/ Steven F. Hudgins
Steven F. Hudgins

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of *Motion for Temporary Relief* was served on the following counsel:

Kurt Arnold
karnold@arnolditkin.com
Kyle Findley
kfindley@arnolditkin.com
Arnold & Itkin LLP
6009 Memorial Drive
Houston, Texas 77007
*Counsel for Real Party in Interest*

Charles A. Sturm
csturm@sturmlegal.com
Sturm Law, PLLC
723 Main Street, Suite 330
Houston, Texas 77002
*Counsel for Relator*

via electronic mail and/or electronic service on the 3rd day of September 2015; and

Honorable Kyle Carter
Judge, 125th Judicial Court
Harris County Courthouse
201 Caroline
Houston, Texas 77002
*Respondent*

via certified mail, return receipt requested on the 3rd day of September 2015.

/s/ Michael D. Hudgins
Michael D. Hudgins

4